1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  (916) 498-5700

5  Attorney for Defendant
   JUAN DELGADILLO-CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN DELGADILLO-CORTEZ<br><br>Defendant. | NO. CR.S-11-515-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: February 24, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JUAN DELGADILLO-CORTEZ that the status conference hearing date of February 17, 2012, be rescheduled for a status conference on February 24, 2012, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the pre-sentence report with her client and conduct further settlement discussions with the government.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 24,

/ / /

/ / /

2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 16, 2012.              Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Public Defender

                                       /s/ Courtney Fein
                                       COURTNEY FEIN
                                       Assistant Federal Defender
                                       Designated Counsel for Service
                                       Attorney for ALBERTO PEREZ-ROMERO

DATED: February 16, 2012.              BENJAMIN WAGNER
                                       United States Attorney

                                       /s/ Courtney Fein for
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 17, 2012, status conference hearing be continued to February 24, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the February 24, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge